**IT IS ORDERED as set forth below:**



**Date: November 7, 2019**

_____
Edward J. Coleman, III
Chief United States Bankruptcy Court Judge

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Patrick D McCarthy,**<br>    Debtor. | Case No.:  19−40901−EJC<br>Judge:  Edward J. Coleman III<br>Chapter:  7 |

## ORDER APPOINTING REALTOR

   The Application of the Trustee for appointment of BK Global Real Estate Services and Penny Rafferty Realty as Realtor(s) for the Trustee having been considered and it appearing to the Court that the employment of BK Global Real Estate Services and Penny Rafferty Realty is necessary and beneficial to this estate,

   It further appearing that the Realtor, BK Global Real Estate Services and Penny Rafferty Realty, has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the Trustee is authorized to employ the services of BK Global Real Estate Services and Penny Rafferty Realty as Realtor(s) for the Trustee subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such Realtor(s) will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

***[END OF DOCUMENT]***

B−04e [07−14]