# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-40901  
**Case Name:** MCCARTHY, PATRICK D.  
**For Period Ending:** 12/31/2019

**Trustee Name:** (300590) Wendy A. Owens  
**Date Filed (f) or Converted (c):** 07/01/2019 (f)  
**§ 341(a) Meeting Date:** 07/26/2019  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1418 Walthour Road, Savannah, GA 31410-0000, Chatham County | 1,800,000.00 | 1,800,000.00 | | 0.00 | 1,800,000.00 |
| 2 | Kitchen Table w/6 chairs $600 Dining Room Tabe w/chairs $600 | 1,200.00 | 1,200.00 | | 0.00 | 1,200.00 |
| 3 | 2 Refrigerators $600 Freezer $100 Washer/Dryer Set $600 | 1,300.00 | 1,300.00 | | 0.00 | 1,300.00 |
| 4 | Kitchen Aid Mixer $100 Toaster Oven $50 Slow Cook Pot $75 Bread Maker $50 | 275.00 | 275.00 | | 0.00 | 275.00 |
| 5 | Living Room Furniture $1,500 Bedroom Furniture (3 sets) $2,500 Den Furniture $1,000 | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 6 | Televisions | 300.00 | 300.00 | | 0.00 | 300.00 |
| 7 | Duck Prints | 300.00 | 300.00 | | 0.00 | 300.00 |
| 8 | Bicycles $50 Camera w/lenses $400 | 450.00 | 450.00 | | 0.00 | 450.00 |
| 9 | Men's clothes | 300.00 | 300.00 | | 0.00 | 300.00 |
| 10 | Wedding ring $150 Watch $100 | 250.00 | 250.00 | | 0.00 | 250.00 |
| 11 | Labrador Retriever (14 years old) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Tools: Skill saw $25 Jig saw $25 Disc sander $25 Orbital sander $25 3/8 Drill motor $50 Impact tool $50 10" Band saw $300 10" Miter saw $100 Shop vac $25 Drill Press $150 | 775.00 | 775.00 | | 0.00 | 775.00 |
| 13 | Cash | 100.00 | 100.00 | | 0.00 | FA |
| 14 | Checking: United Community Bank (levied by IRS) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Checking: United Community Bank (***6283) | 31.91 | 31.91 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$1,810,281.91** | **$1,810,281.91** | | **$0.00** | **$1,810,150.00** |

**Major Activities Affecting Case Closing:**

1/29/2020 house listed for sale/resolving personal property valuation/exemption issues.

**Initial Projected Date Of Final Report (TFR):** 12/30/2020     **Current Projected Date Of Final Report (TFR):** 12/30/2020

01/31/2020                                         /s/Wendy A. Owens  
Date                                               Wendy A. Owens