UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| PATRICK D MCCARTHY, | : CASE NO 19-40901-EJC |
| Debtor. | : |
| ---------------------------------- | - -------------------------------- |
| BAYVIEW LOAN SERVICING, LLC AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4, | : : : : : : : : |
| MOVANT, | : CONTESTED MATTER |
| v. | : |
| | : |
| PATRICK D MCCARTHY, WENDY ANNE OWENS, Trustee, | : : |
| Respondents. | : |
| | : |

**AMENDED WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes now THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY4, a secured creditor of the above-named Debtor, and respectfully requests that the MOTION FOR RELIEF FROM THE AUTOMATIC STAY filed in the above-styled case on August 16, 2019 be **WITHDRAWN**.

This 24th day of June, 2020

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon the said parties as follows:

Gail M. McCarthy
1418 Walthour Rd
Savannah, GA 31410

Patrick D McCarthy
1418 Walthour Road
Savannah, GA 31410

James L. Drake, Jr., Esq.
P. O. Box 9945
Savannah, GA 31412

Wendy Anne Owens, Trustee
PO Box 8846
Savannah, GA 31412

United States Trustee
Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA 31401


Executed on 6/24/20

By: /s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor