# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| **In the matter of:** ) | |
| ) | **CHAPTER 7** |
| **PATRICK D. MCCARTHY,** ) | **CASE NO. 19-40901** |
| ) | |
| **Debtor** ) | |

## TRUSTEE'S MOTION FOR AUTHORIZATION OF PAYMENT OF DEBTOR'S PROPERTY PRESERVATION COSTS IN RESIDENTIAL PROPERTY

COMES NOW, Wendy A. Owens, Trustee, by and through her attorney Wendy A. Owens and request an Order Authorizing payment of Debtor's valid costs for property preservation in residential property.

1.

Wendy A. Owens is the duly appointed Trustee in the above titled case.

2.

Debtor filed this petition on July 1, 2019 and listed on his schedules his ownership interest in his primary residence located at 1418 Walthour Road, Savannah, Georgia 31410 (the "Property").

3.

Trustee listed and marketed the Property for sale pursuant to an agreement for short sale with the first priority mortgage company, The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CertificateHolders of the CWALT, Inc., Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates, Series 2007-HY4 ("The Bank of New York Mellon").

4.

During the time that the Property was listed, The Bank of New York Mellon had agreed to maintain and preserve the property including paying for the utilities and switching those utility accounts from the Debtor into the name of The Bank of New York Mellon.

5.

Due to unforeseen delay, The Bank of New York Mellon did not switch over the utilities timely and the Debtor incurred a total of $2,131.42 in property preservation costs. Utility Statements and receipts were presented to The Bank of New York Mellon who thereby tendered total payment in the amount of $2,131.42 to Wendy A. Owens, Chapter 7 Trustee to disburse through the Trustee's final report to the Debtor as reimbursement for the accrued property preservation fees.

6.

Trustee seeks an Order authorizing the payment of $2,131.42 to the Debtor for property preservation costs which will be disbursed through the Trustee's final report.

Dated this March 10, 2021.

Respectfully submitted,

/s/  Wendy A. Owens
Wendy A. Owens
Georgia Bar No. 557809
*Attorney for Trustee*

P.O. Box 8846
Savannah, GA 31412
(912) 210-0901
trustee@coastalempirelaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| In the matter of: ) | |
| ) | **CHAPTER 7** |
| PATRICK D. MCCARTHY, ) | **CASE NO. 19-40901** |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Trustee's Motion to Pay Debtor's Property Preservation Costs in Residential Property** and **proposed Order** upon the following by depositing a copy of the same in the United States mail with proper postage affixed or via the Court's ECF system:

    Patrick D. McCarthy
    12 Longfield Drive
    Savannah, GA 31410

    James L. Drake, Jr.
    P.O. Box 9945
    Savannah, Georgia 31412

    Office of the U. S. Trustee
    Johnson Square Business Center
    2 East Bryan Street, Ste 725
    Savannah, GA 31401

    And

    All other creditors and parties in interest receiving notice through the Court's CM/ECF Filing System.

This 10th day of March, 2021.

                                                      /s/ Wendy A. Owens
                                                      Wendy A. Owens
                                                      Georgia Bar Number 557809
P.O. Box 8846                                      Attorney for Trustee
Savannah, GA 31412
(912) 210-0901
wowens@coastalempirelaw.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| | ) | |
| **PATRICK D. MCCARTHY,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 19-40901** |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER AUTHORIZING PAYMENT OF
## DEBTOR'S PROPERTY PRESERVATION COSTS IN RESIDENTIAL PROPERTY

This matter having come before the Court upon the Trustee's Motion for Authorization for payment of Debtor's preservation costs in residential property.

IT IS HEREBY ORDERED that the Trustee shall pay to Debtor the amount of the payment of $2,131.42 for property preservation costs which will be disbursed through the Trustee's final report.

[END OF DOCUMENT]

PREPARED BY:
*/s/ Wendy A. Owens*

Wendy A. Owens
Attorney for Chapter 7 Trustee
P.O. Box 8846
Savannah, Georgia 31412
(912) 239-9888
Georgia State Bar No. 557809